IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00504–CMA–KMT

LANSE JUDSON,
MELANIE WESEMAN,
WESEMAN TEAM, INC., and
POINTS OF VIEW LLC,

    Plaintiffs,

v.

ADAM BLACK, and
ROBERT BLACK,

    Defendants.

# ORDER

    This matter is before the court on "Plaintiff's [sic] Status Report Regarding Defendant Adam Black's Bankruptcy" (Doc. No. 10, filed June 3, 2010).

    According to the docket sheet for Defendant Adam Black's Bankruptcy Petition #10-40572 filed by Plaintiffs, Defendant Adam Black filed a Chapter 7 bankruptcy petition on February 24, 2010. (Doc. No. 10-1.) He received a bankruptcy discharge on May 19, 2010, and his bankruptcy case was terminated on May 27, 2010. (*Id.*) Pursuant to 28 U.S.C. § 362(c)(2) an automatic stay bankruptcy precluding litigation against a bankruptcy petitioner continues until the earliest of the time the case is closed, the time the case is dismissed, or the time a discharge is

granted or denied. As the claims brought against Defendant Adam Black in this litigation were not discharged, and his bankruptcy case is closed, it is

ORDERED that the stay against Defendant Adam Black are LIFTED. The Scheduling Conference set for June 17, 2010, is VACATED, to be reset by separate order. All parties, including Defendant Adam Black, shall attend the Scheduling Conference.

Dated this 4th day of June, 2010.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge