IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-00504-CMA-KMT

LANSE JUDSON,
MELANIE WESEMAN,
WESEMAN TEAM, INC., and
POINTS OF VIEW LLC,

    Plaintiffs,

v.

ADAM BLACK, and
ROBERT BLACK,

    Defendants.

---

## ORDER FOR ADMINISTRATIVE CLOSURE

---

On March 29, 2012, due to no activity in this matter since August 9, 2011, the Court issued a text entry Minute Order (Doc. # 62) to require the parties to file a joint status report as to the status of this case. Upon review of the parties' Joint Status Report (Doc. # 64), the Court hereby

ORDERS that the above-captioned case be ADMINISTRATIVELY CLOSED, subject to reopening by Plaintiffs upon filing with this Court a ruling from the United States Bankruptcy Court for the Eastern District of Texas in Plaintiffs' Adversary Proceeding No. 10-4251.

IT IS FURTHER ORDERED that, beginning May 30, 2012, Plaintiffs shall file a report regarding the status of the bankruptcy case on a quarterly basis, keeping this Court so informed.

DATED:  April __30__, 2012

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge