**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00504-CMA-KMT

LANSE JUDSON,
MELANIE WESEMAN,
WESEMAN TEAM, INC., and
POINTS OF VIEW LLC,

    Plaintiffs,

v.

ADAM BLACK,

    Defendant.

---

## ORDER TO REOPEN CASE

    This matter is before the Court on Plaintiffs' Motion to Reopen Case(Doc. # 66). The Court having reviewed Plaintiffs' motion and the document attached thereto, further notes that, while Plaintiffs indicate Defendant Black opposes the motion, Defendant has filed no response to the motion for the Court's review.  Thus, the Court agrees with Plaintiffs that this matter should be reopened.  Accordingly, Plaintiffs' Motion to Reopen Case (Doc. # 66) is GRANTED.  It is

    ORDERED that the Clerk of the Court shall reopen this case.  It is

    FURTHER ORDERED this matter shall be set for a scheduling/status conference before Magistrate Judge Tafoya to address (1) the scope of any additional discovery and/or disclosures; and (2) to devise an updated case schedule, including dates for revised discovery deadlines and any future hearing or conference.  The Court also

directs the parties to review this Court's Civil Practice Standards regarding a trial date in this matter.

DATED:  July   24  , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge