# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00504-CMA-KMT

LANSE JUDSON,
MELANIE WESEMAN,
WESEMAN TEAM, INC., and
POINTS OF VIEW LLC,

    Plaintiff,

v.

ADAM BLACK,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendant's Motion for Summary Judgment of Judge Christine M. Arguello entered on January 9, 2015 it is

ORDERED that,Defendant's Motion for Summary Judgment [116] is GRANTED, and the case is DISMISSED with prejudice in its entirety, each party to pay its own fees or costs.

FURTHER ORDERED that, there is no just reason for delay of entry of final judgment in favor of Defendant Adam Black and against Plaintiffs Lanse Judson, Melanie Weseman,Weseman Team, Inc., and Points of View LLC .

Dated at Denver, Colorado this 9th day of January, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ Sandra Hartmann

    Sandra Hartmann
    Deputy Clerk